ELIZABETH L. SOLOMAN, Respondent, v. WESTCHESTER FUNERAL HOME, INC., et al., Appellants, Impleaded with Others.—

No opinion.

Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.